UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16CR88-28 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JESSICA DICKERSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Burke's Report and Recommendation that the Court ACCEPT Defendant Jessica Dickerson ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 252.)

On March 23, 2016, the government filed an Indictment against Defendant. (Doc. No. 1.) On May 27, 2016, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving Defendant's guilty plea. (Doc. No. 223.)

On June 1, 2016, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Indictment, charging her with Conspiracy to Defraud Food Stamp Programs, in violation of 18 U.S.C. Section 371. Magistrate Judge Burke received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 252.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 371. The sentencing will be held on September 16, 2016 at 12:30 p.m.

**IT IS SO ORDERED**.

Dated: July 20, 2016

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**